JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT COLEMAN, | ) | CASE NO. CV 15-8076-PA (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| J. MACOMBER, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 28, 2015.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\LA15CV08076PA-Judgment JS6.wpd